1
2
3
4
5
6                **IN THE UNITED STATES DISTRICT COURT**
7                    **FOR THE DISTRICT OF ARIZONA**
8

9    Alicia Marshall, et al.,                    No. MC-22-00007-PHX-DJH

10                   Plaintiffs,                  **ORDER**

11   v.

12   Prestamos CDFI LLC,

13                   Defendant.

14

15       This matter arises pursuant to the Court's prior Order (Doc. 12), which requested

16   that non-party Chicanos Por La Causa Inc. ("CPLC"), file notice with the Court as to

17   whether it would consent to transfer the pending motions to the Eastern District of

18   Pennsylvania under Federal Rule of Civil Procedure 45(f).  CPLC has since filed a Notice

19   (Doc. 13) consenting to the transfer of its Motions to Quash Subpoena Duces Tecum (Doc.

20   1) and Plaintiffs' Motion to Compel (Doc. 7).

21       Accordingly,

22       **IT IS HEREBY ORDERED** that pursuant to Federal Rule of Civil Procedure 45(f),

23   the Clerk of Court shall transfer this action and the pending Motions to Quash Subpoena

24   Duces Tecum (Doc. 1) and Plaintiffs' Motion to Compel (Doc. 7) to the Eastern District of

25   Pennsylvania, *Marshall et al. v. Prestamos CDFI*, LLC, 5:21-cv-04337-JMG (E.D. Pa).

26   …

27   …

28   …

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall terminate this matter.[1]

2    Dated this 9th day of May, 2022.

3

4

5    _____
     Honorable Diane J. Humetewa
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
---
[1] The Court recognizes that the Eastern District of Pennsylvania may still transfer its resulting orders back to this Court for enforcement.  Fed. R. Civ. P. 45(f).

- 2 -