**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| ALICIA MARSHALL, *et al.*, | : |
| Plaintiffs, | : |
| | : |
| v. | : Civil No. 5:22-mc-00025-JMG |
| | : |
| PRESTAMOS CDFI, LLC, | : |
| Defendant. | : |

---

**ORDER**

**AND NOW**, this 21st day of February, 2024, upon consideration of Non-party Chicanos

Por La Causa, Inc.'s ("CPLC") Motion to Quash (ECF No. 1), Plaintiffs' Response (ECF No. 6),

CPLC's Reply (ECF No. 9), Plaintiff's Motion to Compel CPLC's Response to Plaintiffs'

Subpoena (ECF No. 7), CPLC's Response (ECF No 10), and Plaintiffs' Reply (ECF No. 11),

**IT IS HEREBY ORDERED** that CPLC's Motion to Quash (ECF No. 1) is **DENIED as**

**moot**.[1] The Clerk of Court is **DIRECTED** to provide a copy of this Order to Defendant Prestamos

CDFI, LLC in related case 5:21-cv-04337-JMG.

---

[1] Plaintiffs served CPLC with the subpoena at issue two years ago. Since then, the landscape of this case has substantially changed; so much has changed, in fact, that many of the arguments in this briefing are no longer relevant. Consider, for instance, the opening sentence of Plaintiffs' argument in its Response to the Motion to Quash (ECF No. 6): "CPLC argues that non-party discovery is premature because: (a) Prestamos's Motion to Dismiss is pending; (b) Plaintiffs should first seek discovery from Prestamos; and (c) Plaintiffs' subpoena places an undue burden on CPLC." At least points (a) and (b) of that list are moot.

To the extent that (c) remains a live issue, the Court encourages Plaintiffs and CPLC to confer again. Perhaps the more settled state of 5:21-cv-04337—following the Court's motion to dismiss ruling—and since-progressed party discovery will foster cooperation in this third-party discovery dispute. Plaintiffs and CPLC should consider this a clean slate, but the Court will entertain additional motions to quash or compel as needed. Such motions should be filed in the Eastern District of Pennsylvania and flagged as related to 5:21-cv-04337.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion to Compel (ECF No. 7) is **DENIED as moot**.[2]

**IT IS FURTHER ORDERED** that the Clerk is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

---

[2] See *supra* note 1.